IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

ORDER:
Motion granted. The Initial Case Mgt Conference is continued to October 25, 2012, at 10:00 a.m.

*E. Clifton Knowles*
U.S. Magistrate Judge

KAREN & RYAN REED, ]
]
      Plaintiff, ]
]
vs. ]    Case No: 3:12-CV-00769
]
CIGNA INSURANCE ]    Judge Campbell
]
      Defendants. ]    Magistrate Judge Knowles
]

## MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

Comes now the Plaintiff, KAREN & RYAN REED, by and through counsel, and moves this honorable court to continue the initial case management conference for September 17, 2012. In support, Plaintiff would state as follows:

1. In house counsel for the Defendant has contacted counsel for the Plaintiffs and the parties are attempting to negotiate a settlement to this matter.

2. Plaintiff agreed, at the request of Defendant, they would not object should Defendant require an extra 30 days in which to file an answer.

3. Plaintiff, at the request of the Defendant, agreed they would ask this honorable court to continue this initial case management conference in hopes the matter could be resolved without further litigation.

Wherefore, Plaintiffs respectfully request this honorable court continue the initial case management conference currently set for approximately 30 days.