ORDER:
Motion granted. The ICMC is continued to November 27, 2012, at 10:00 a.m.

*E. Clifton Knowles*

U.S. Magistrate Judge

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| **KAREN & RYAN REED,** | ] | |
| | ] | |
| **Plaintiff,** | ] | |
| | ] | |
| **vs.** | ] | **Case No: 3:12-CV-00769** |
| | ] | |
| **CIGNA INSURANCE** | ] | **Judge Campbell** |
| | ] | |
| **Defendants.** | ] | **Magistrate Judge Griffin** |
| | ] | |

---

## MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

---

Comes now the Plaintiffs, KAREN & RYAN REED, by and through counsel, and move this Honorable Court to continue the initial case management conference currently scheduled for October 25, 2012 at 10:00 am. In support, Plaintiffs state as follows:

1.　In-house counsel for the Defendant, counsel for the Plaintiffs, and counsel for an interested third party have actively been negotiating a settlement and release which would resolve this matter in its entirety.

2.　There are details of the release, which at this point have not been resolved, but it appears there is a strong likelihood the parties will be able to agree on the remaining details in the very near future.

3.　Plaintiffs, jointly with the Defendant, hereby request that this Honorable Court continue this initial case management conference in hopes the matter could be resolved without further litigation.

4.　Should the Court in this matter wish to schedule a telephone conference with counsel for the Parties, the parties would certainly oblige.